## LESS MAHANEY v. STATE.

No. A-4820. Opinion Filed Feb. 21, 1925.
(233 Pac. 239.)

(Syllabus.)

Appeal and Error—Failure to File Brief—Affirmance. Where a felony case is duly appealed to this court and no briefs filed for the plaintiff in error, the court will examine the record and, if no prejudicial error appears, affirm the case.

Appeal from District Court, Cherokee County; J. T. Parks, Judge.

Less Mahaney was convicted of adultery, and he appeals. Affirmed.

J. I. Coursey, for plaintiff in error.

George F. Short, Atty. Gen., for the State.

EDWARDS, J. The appeal in this case was filed on August 24, 1923, and no briefs have been filed either for the plaintiff in error or the state.

We have examined the record, and find no prejudicial error, and the case is therefore affirmed.

BESSEY, P. J., and DOYLE, J., concur.